Docket Nos. 14-1078, 14-1098

_____

**United States Court of Appeals
For the Federal Circuit**

_____

PHIL-INSUL CORP. d/b/a INTEGRASPEC,

*Plaintiff-Appellant,*

v.

REWARD WALL SYSTEMS, INC.,

*Defendant-Appellee,*

BUILDBLOCK BUILDING SYSTEMS, LLC,

*Defendant-Appellee,*

NUDURA CORPORATION,
POLYFORM, A.G.P.,

*Defendant-Cross-Appellants,*

AMVIC CORPORATION

*Defendant-Appellee.*

_____

*Appeal from the United States District Court for the District of Nebraska in Case No. 8:12-cv-0091, Judge Joseph F. Bataillon*

_____

**RESPONSE IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE CROSS-APPELLANT NUDURA AND POLYFORM'S OPENING BRIEF**

_____

Cross-Appellant Nudura Corporation and Polyform, A.G.P. (collectively "Polyform") respectfully submits this reply in support of its request a 60-day extension of time to file their opening brief. Additional relevant facts have occurred that are relevant to Polyform's requested extension and further justify the requested relief.

## I. There is no basis for IntegraSpec to oppose a reasonable extension when its actions are causing delay in this appeal.

IntegraSpec's opposition to Polyform's requested extension is particularly misplaced because its actions during this appeal are causing delay. Consistent with Federal Circuit Rule 30(b)(2), Polyform and Appellees provided IntegraSpec with their additions for the joint appendix on December 16. (Dkt. No. 30 at 2.) Federal Circuit Rule 30(b)(4) states, "Within 14 days after the parties have designated the material for the appendix, the appellant must assign consecutive page numbers to the designated material and serve on all parties a table reflecting the page numbers of each item designated." Thus, pursuant to Rule 30(b)(4), IntegraSpec was required to provided Polyform and Appellees with a table reflecting the page numbers of each item designated by December 30. IntegraSpec has not yet done so. Thus, to date, Polyform does not even have a paginated Joint Appendix to work with.

If IntegraSpec's goal were actually to speed things along by filing early (and oppose what it does not really dispute is a reasonable request for an extension of time), it has no excuse for missing its own deadlines and delaying Polyform's ability to prepare any response.

## II. IntegraSpec does not provide any reason why an extension would cause it any prejudice.

IntegraSpec does not allege that it will suffer any prejudice from an extension other than its general preference to have a decision sooner rather than later. It accepts that this appeal will run past the expiration of the patent, and does not argue that any other significant events will be affected by the briefing schedule—it just wants its decision now.[1] This is not a basis to deny a reasonable request for extension.

IntegraSpec's central reason for opposing the extension is its "consternation" with the eight years of proceedings at the PTO. (Dkt. No. 32 at 2.) IntegraSpec's general "consternation" with the PTO's process does not entitle it to expedited review on appeal, or to the elimination of reasonable extensions in the briefing schedule, and—more importantly—has nothing to with the merits of Polyform's request for extension.

IntegraSpec wrongly suggests that the extension "would inconvenience all of the parties except Polyform." (Dkt. No. 32 at 3.) As represented in Polyform's motion for an extension, the Appellees do not oppose Polyform's requested extension and <u>support</u> the request for extension to provide the Polyform and the Appellees the adequate time they need to work together on overlapping issues.

---

[1] IntegraSpec asserts that the Appellees have been infringing for years. (Dkt. No. 32 at 2.) But the district court has concluded otherwise, finding none of the Appellees infringe.

(Dkt. No. 30 at 4.)  There is no basis to assume any Appellee would be inconvenienced—indeed, the opposite is true.[2]

Finally, while Polyform did not list all of the obligations of its counsel, for the record Ms. Muller is involved in a trial preparation for *Ecolab Inc. and Ecolab USA Inc. v. Hetta Solutions Inc., Godfather's Exterminating, Inc., Robyn L. Frederick, Joel B. Danielson and Rein Raud*, No. 27-10096 (Minnesota District Court, Fourth Judicial District).  The trial is set to commence January 27 (days after the current due date for Polyform's opening brief) and run through January 31.

For the reasons set forth in Polyform's motion, an extension in this case is appropriate, and nothing in IntegraSpec's opposition changes that fact.  Polyform respectfully requests a 60-day extension of time to file its opening brief.

---

[2] There would be no basis for the Appellees to seek an extension because Appellees' briefs are due 40 days after Polyform's opening brief and cross-appeal.  The Notice of Docketing in this case states:
> However, in a case involving an appellant, a cross-appellant, and an appellee, **a special briefing schedule is used**. The appellant's opening brief is due within 60 days of the date of docketing. The cross-appellant's opening brief is due within 40 days of filing of the appellant's opening brief. The appellee's brief is due within 40 days of filing of the cross-appellant's brief. The appellant's response/reply brief is due within 40 days of filing of the appellee's brief. The cross-appellant's reply brief is due within 14 days of filing of the appellant's response/reply brief. The joint appendix is due within 10 days of filing of the cross-appellant's reply brief.

(Dkt. No. 1-1 at 1 (emphasis added).)  Contrary to IntegraSpec's representations, nothing has superseded that order.

Date: December 31, 2013		Respectfully submitted,


								By: s/Rachel C. Hughey
								Rachel C. Hughey (Lead Attorney)
								rhughey@merchantgould.com
								Christopher J. Sorenson
								csorenson@merchantgould.com
								Aaron M. Johnson
								ajohnson@merchantgould.com
								Katherine E. Muller
								kmuller@merchantgould.com
								MERCHANT & GOULD P.C.
								3200 IDS Center, 80 South Eighth Street
								Minneapolis, MN 55402
								Telephone: 612.332.5300
								Facsimile: 612.332.9081

								ATTORNEYS FOR NUDURA
								CORPORATION AND POLYFORM,
								A.G.P. INC

# **CERTIFICATE OF SERVICE**

I, Rachel C. Hughey, hereby certify on this 31st day of December, 2013, a copy of the foregoing was served electronically via the Court's CM/ECF system on counsel of record:

Paul Adams
adamspatentlaw@gmail.com
The Adams Law Firm
901 Rio Grande Blvd., N.W.
Suite H262
Albuquerque, NM 87104

Michael R. Annis
mike.annis@huschblackwell.com
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

David M. Sullivan
david.sullivan@crowedunlevy.com
Harvey D. Ellis, Jr.
harvey.ellis@crowedunlevy.com
Drew T. Palmer
drew.palmer@crowedunlevy.com
Crowe & Dunlevy
1800 Mid-America Tower
20 North Broadway Ave.
Oklahoma City, OK 73102

James Robert Sobieraji
jrs@brinkshofer.com
Brinks Gilson & Lione
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611

Dated: December 31, 2013         /s/ Rachel C. Hughey
                                 Rachel C. Hughey
                                 MERCHANT & GOULD P.C.

3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

# CERTIFICATE OF INTEREST

Counsel for Cross-Appellant Nudura Corporation and Polyform, A.G.P. (collectively "Polyform") certifies the following:

1. The full name of every party represented by us is:

    Nudura Corporation
    Polyform A.G.P., Inc.

2. The name of the real party in interest represented by us is:

    Nudura Corporation
    Polyform A.G.P., Inc.

3. All parent corporations and any other publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    The parent companies of Nudura Corporation is Plastiques Cellularies Polyform, Inc. and 1391038 Ontario Ltd.

    No publicly held companies own 10% or more of the stock of Nudura Corporation

    The parent company of Polyform, A.G.P., Inc. is 4225341 Canada Inc.

    No publicly held companies own 10% or more of the stock of Polyform, A.G.P., Inc.

4. The names of all law firms and the partners or associates that appeared for Polyform in trial court or are expected to appear in this court are:

Christopher J. Sorenson, Rachel C. Hughey, Aaron M. Johnson, Katherine E. Muller at Merchant & Gould P.C., 3200 IDS Center, 80 S. 8th Street, Mpls., MN 55402

S. Calvin Capshaw, III, Elizabeth L. DeRieux at Capshaw DeRieux, LLP, 114 E. Commerce Ave., Gladewater, TX 75647

Date:  December 31, 2013            Respectfully submitted,

                                                         s/Rachel C. Hughey
Rachel C. Hughey
rhughey@merchantgould.com
MERCHANT & GOULD P.C.
3200 IDS Center, 80 South Eighth St.
Minneapolis, MN 55402
Telephone: 612.332.5300
Facsimile: 612.332.9081

ATTORNEYS FOR NUDURA
CORPORATION AND POLYFORM,
A.G.P. INC