NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PHIL-INSUL CORP., DBA IntegraSpec,**
*Plaintiff-Appellant,*

v.

**REWARD WALL SYSTEMS, INC.**
*Defendant-Appellee,*

AND

**NUDURA CORPORATION** AND **POLYFORM A.G.P. INC.,**
*Defendants-Cross-Appellants,*

AND

**BUILDBLOCK BUILDING SYSTEMS, LLC,**
*Defendant-Appellee,*

AND

**AMVIC CORPORATION,**
*Defendant-Appellee.*

———————————

2014-1078, -1098

———————————

2          PHIL-INSUL CORP. v. REWARD WALL SYSTEMS, INC.

Appeals from the United States District Court for the District of Nebraska in No. 8:12-cv-00091-JFB-TDT, Chief Judge Joseph F. Bataillon.

———————————————

## ON MOTION

———————————————

## O R D E R

Nudura Corporation and Polyform A.G.P. Inc. move for a 60-day extension of time, until March 24, 2014, to file their principal brief. Phil-Insul Corporation DBA IntegraSpec opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27