NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHIL-INSUL CORP., DBA IntegraSpec,**
*Plaintiff-Appellant,*

v.

**REWARD WALL SYSTEMS, INC.,**
*Defendant-Appellee,*

AND

**NUDURA CORPORATION AND POLYFORM A.G.P. INC.,**
*Defendants-Cross-Appellants,*

AND

**BUILDBLOCK BUILDING SYSTEMS, LLC,**
*Defendant-Appellee,*

AND

**AMVIC CORPORATION,**
*Defendant-Appellee.*

---

2014-1078, -1098

---

Appeals from the United States District Court for the District of Nebraska in No. 8:12-cv-00091-JFB-TDT, Chief Judge Joseph F. Bataillon.

---

**ON MOTION**

---

**O R D E R**

Phil-Insul Corp. moves to clarify the briefing schedule. Appellees respond.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the following extent: The cross-appellants' principal/response brief and the appellees' briefs are due no later than March 24, 2014. The appellant's response/reply brief is due within 40 days of service of those briefs. The cross-appellants' reply brief is due within 14 days of service of the appellant's response/reply brief. The joint appendix is due within 10 days of service of the cross-appellants' reply brief.

                      FOR THE COURT

                      /s/ Daniel E. O'Toole
                      Daniel E. O'Toole
                      Clerk of Court

s30